# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| GARY W. KLOSSING | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  6:17-CV-03064-SRB |
| | ) |
| BRAD COLE, CHRISTIAN COUNTY, | ) |
| MISSOURI, RAY WETER, HOSEA | ) |
| BILYEU & RALPH PHILLIPS | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

COME NOW separate defendants Ray Weter, Hosea Bilyeu, Ralph Phillips and Christian County Missouri, by and through counsel, and pursuant to Federal Rule of Civil Procedure 56 respectfully move the court to enter summary judgment in their favor on the procedural due process claim asserted by plaintiff in his Complaint against these defendants.  In support of this Motion for Summary Judgment, defendants Weter, Bilyeu, Phillips and Christian County incorporate by reference as though fully set forth herein their contemporaneously-filed Suggestions In Support.

WHEREFORE, defendants  Ray Weter, Hosea Bilyeu, Ralph Phillips and Christian County Missouri pray this court to enter summary judgment in their favor on the procedural due process claim asserted by plaintiff in his Complaint against these defendants, and for any further relief the court deems just and proper.

                                                 */s/ Tim Mudd*
                                           Tim Mudd     Mo. #43594
                                           Mudd Law Firm
                                           1600 Baltimore, Suite 200B
                                           Kansas City, Missouri  64108
                                           (816) 541-3045/ timmuddlaw@gmail.com
                                           **ATTORNEY FOR DEFENDANTS CHRISTIAN COUNTY, WETER, BILYEU & PHILLIPS**

I certify that the foregoing was e-filed with the court's ECF system this 21st day of February, 2018, causing copies to be e-mailed to:

| Matthew Gist | Kevin Graham | Lyle Gregory |
|---|---|---|
| ENSZ & JESTER, P.C. | GRAHAM LAW GROUP, P.C. | GREGORY & ASSOCIATES |
| 1100 Main Street, Suite 2121 | 11 East Kansas | 309 S. Washington |
| Kansas City, MO 64105 | Liberty, Missouri 64068 | Raymore, Missouri 64083 |
| 816-474-8010/FAX 816-471-7910 | 816-792-0500/FAX 816-781-6483 | 816-331-8767/FAX 816-331-9967 |
| mgist@enszjester.com | kevin@grahamlg.com | kctryit@earthlink.net |
| **ATTORNEYS FOR DEFENDANT COLE** | **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR PLAINTIFF** |

                                           */s/ Tim Mudd*