# Christian County, Missouri

## Christian County Commission





- General Info
- Departments
- Community
- Commission
- Public Safety
- Election Info

**I want to...**

- Apply for:
- Get a Copy of:
- Information on
- Pay
- Register as:
- Register My Report

Links of Interest

now/commission.html#

Ralph Phillips,
Eastern District Commissioner

Ray Weter,
Presiding Commissioner

Hosea Bilyeu,
Western District Commissioner

On January 1, 2015 Christian County became a first class county without a charter form of government. The governing body of Christian County is the County Commission. The Commission consists of Ray Weter, Presiding Commissioner, Hosea Bilyeu, Western Commissioner and Ralph Phillips, Eastern Commissioner.

**EXHIBIT L**